```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/10/12
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
COSCO (NANTONG) SHIPYARD COMPANY,
LTD.,

                                    Plaintiff,                          12 **CIVIL** 4962 (JGK)

                    -against-                                           **JUDGMENT**

THE AMERICAN ARBITRATION ASSOCIATION
AND MATSON NAVIGATION LINES, INC.,
                                    Defendants.
----------------------------------------------------------X


        Plaintiff having moved for a declaratory judgment and costs of service; defendants having

moved for summary judgment dismissing the case, and the matter having come before the

Honorable John G. Koeltl, United States District Judge, and the Court, on September 6, 2012, having

rendered its Order denying plaintiff's motion for declaratory judgment and costs of service, granting

defendant's motion for summary judgment dismissing this case, and directing the Clerk to enter

judgment dismissing this Complaint and closing this case, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated September 6, 2012, plaintiff's motion for declaratory judgment and costs of

service is denied; defendant's motion for summary judgment dismissing this case is granted;

accordingly, judgment is entered dismissing this Complaint and the case is closed.

**Dated:** New York, New York
        September 10, 2012

                                                                        **RUBY J. KRAJICK**
                                                            _____
                                                                        **Clerk of Court**
                                                    BY:
                                                            _____
                                                                        **Deputy Clerk**


                                THIS DOCUMENT WAS ENTERED
                                ON THE DOCKET ON _____